UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YASEEN TRAYNOR, *on behalf of himself and all others similarly situated*,

                      Plaintiffs,

      v.

OVERSTOCK.COM, INC.,

                      Defendant.

1: 19-cv-00944-KPF

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

---

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Yaseen Traynor ("Plaintiff") and Overstock.com, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: 10/1, 2019

Stein Saks, PLLC

By: _____
David Paul Force
285 Passaic Street
Hackensack, NJ 07601
Tel: 201-282-6500
Email: dforce@steinsakslegal.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Douglas T. Schwarz
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6890
Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: _____, 2019

                                          _____
                                          United States District Judge